*Bibb* and *T. D. Gresham* for petitioner. *Mr. S. P. Jones* for respondent.
See also, 45 S. W. (2d) 367.

No. 204. VAN DEVENTER *v.* TENNESSEE EX REL. WALLACE, COMPTROLLER. October 8, 1934. Petition for writ of certiorari to the Supreme Court of Tennessee denied. *Mr. Horace Van Deventer, pro se.* No appearance for respondent.

No. 205. CARROLLTON EXCELSIOR & FUEL CO., LTD. *v.* NEW ORLEANS & NORTHEASTERN R. Co. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. W. J. Waguespack* for petitioner. No appearance for respondent.

No. 206. ALEXANDER *v.* THELEMAN, TRUSTEE IN BANKRUPTCY. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. Henry C. Vidal* and *William V. Hodges* for petitioner. *Mr. Wilbur F. Denious* for respondent.

No. 207. BALTIMORE & OHIO R. Co. *v.* DEWALD. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. George W. P. Whip* for petitioner. No appearance for respondent.

No. 209. HARRIS *v.* UNITED STATES. October 8, 1934. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Messrs.*